(133 So. 749)

## McVAY v. STATE.

### 8 Div. 223.

Court of Appeals of Alabama.

April 7, 1931.

Jas. C. Roberts, of Florence, for appellant.

Thos. E. Knight, Jr., Atty. Gen., for the State.

## RICE, J.

Illegal possession of whisky. Exception to the action of the court, overruling defendant's (appellant's) motion for a new trial, is not noted in the bill of exceptions. Where this is true, said action cannot be here reviewed.

There are no questions of importance, apparent. The few exceptions reserved on the taking of testimony have each been examined. Each of them is patently without merit.

Finding nowhere prejudicial error, the judgment of conviction is affirmed.

Affirmed.